239 So.2d 365

## EMPLOYERS MUTUAL LIABILITY IN-SURANCE COMPANY OF WISCON-SIN & Miley Timber Co., Inc.

v.

## Ernest HARRY.

No. 50842.

Sept. 30, 1970.

Writ refused. In view of R.S. 23:1121, the ruling complained of is correct.

SUMMERS, J., is of the opinion the writ should be granted.

239 So.2d 365

## Ashton J. MOUTON, Collector of Revenue, State of Louisiana

v.

## KLATEX, INC.

No. 50856.

Sept. 30, 1970.

Writ refused. On the showing made by relator before us, the result is correct.

SUMMERS, J., is of the opinion the writ should be granted.